ACCEPTED
03-16-00580-CV
14404264
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/21/2016 1:20:12 PM
JEFFREY D. KYLE
CLERK

**No. 03-16-00580-CV**
**No. 03-16-00607-CV**
**(Consolidated Appeal)**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/21/2016 1:20:12 PM
JEFFREY D. KYLE
Clerk

In the Third Court of Appeals
Austin, Texas

---

CITY OF AUSTIN, Defendant - Appellant v. DONALD BAKER, Plaintiff - Appellee (No. 03-16-00580-CV)

and

AARON BISHOP, ALBERT CORTEZ, JR., AURELIO MARTINEZ, TOMAS MONTEZ, RICARDO PELAYO, RODERICK WESLEY, RONALD BOOKER, ERIC DELOSSANTOS, JOVITA LOPEZ, NORRIS MCKENZIE, OSCAR RAMIREZ, MONROE YARBROUGH, RICHARD BURNS, HENRY MORENO, JESSE PRADO, ET AL,
Plaintiffs – Appellants

v.

THE CITY OF AUSTIN,
Defendant – Appellee (No. 03-16-00607-CV)

---

Appeal from Cause No. D-1-GN-14-002459
345th Judicial District Court of Travis County, Texas

---

**PARTIES' JOINT MOTION TO EXTEND TIME
TO FILE APPELLANT BRIEFS**

TO THE HONORABLE JUSTICES OF THIS COURT:

The City of Austin, Appellant in Appeal No. 03-16-00580-CV as to Donald Baker, and Appellee in regard to the remaining plaintiffs' appeal (No. 03-16-00607-CV); Appellee, Donald Baker; and Appellants: Bishop, Booker, Burns, Cortez, De los Santos, Lopez, Martinez, McKenzie, Montez, Moreno, Pelayo, Prado, Ramirez, Stanesic, Vanzura, Wesley, (jointly referred to as "the Parties") ask the Court to extend the time to file Appellant Briefs pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure (TRAP).

1. The Parties' respective Appellant Briefs are due January 2, 2017.

2. The Parties request an extension of fourteen days to their respective deadlines, which would require the briefs to be filed January 16, 2017. The Court has authority to grant this motion pursuant to Texas Rule of Appellate Procedure 38.6(d).

3. The Parties have agreed to the relief sought in this motion.

4. This is the second extension sought by the Parties.

4. This extension is necessary due to the complexity of the litigation, the heavy work load of counsel, and the loss of working days due to holidays and pre-planned vacations. In addition, subsequent to the grant of the first extension by the Court on November 21, 2016, the Parties experienced additional delays due to the filing of the reporter's record on December 7, 2016, and the late-identified need to

seek relief to review the Sealed Clerk's Record. Although the Court granted the Parties access to the Sealed Clerk's Record via its order of December 19, 2016, the Parties learned from the Court Clerk on December 20, 2016 that this access requires the Parties to go to the Clerk's office in person and view the records on the Clerk's computer. Due to the fact that staff members from the law offices representing the Parties are unavailable to assist with this task during the holiday season, the Parties request additional time to study the record and prepare briefs for the Court.

## PRAYER FOR RELIEF

For the reasons set forth above, the Parties request that this Court grant this Motion to Extend Time to file Appellant Briefs until January 16, 2017, and grant Appellants all such other relief to which it may be entitled.

RESPECTFULLY SUBMITTED,
ANNE L. MORGAN, CITY ATTORNEY
MEGHAN L. RILEY, CHIEF LITIGATION

BY: /s/ Michael Siegel
Lynn E.Carter
Assistant City Attorney
State Bar No. 03925990
Lynn.carter@austintexas.gov
Michael Siegel
State Bar No. 24093148
Michael.siegel@austintexas.gov
City of Austin-Law Department
P. O. Box 1546
Austin, Texas 78767-1546

Telephone: (512) 974-1342
Facsimile: (512) 974-1311
COUNSEL FOR APPELLANT,
CITY OF AUSTIN


By: /s/ Mark Crampton (by permission)
Mark W. Crampton
State Bar No. 00789786
CRAMPTON LAW OFFICE
3355 BEE CAVES ROAD, SUITE 301-B
Austin, Texas 78746
(512) 892-9300
(512) 891-0262 (fax)
mark@cloatx.com
COUNSEL FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on counsel of record electronically, in accordance with the Court's rules on electronic filing, on December 21, 2016, as listed below:

**Via E-Service to:**
Mark W. Crampton
Crampton Law Office
3355 Bee Caves Road, Suite 301-B
Austin, Texas 78746
mark@cloatx.com (and any other electronic service addresses on file)
**COUNSEL FOR PLAINTIFFS – APPELLANTS, AARON BISHOP, ET. AL., AND APPELLEE BAKER**


/s/ Michael Siegel
Michael Siegel
Assistant City Attorney